UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23748-ALTMAN

XYZ CORPORATION,

       *Plaintiff,*

*v.*

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

       *Defendants.*

_____/

## ORDER IN CASES WITH MULTIPLE DEFENDANTS

To better manage the orderly progress of the case, we hereby **ORDER** as follows:

1. The Plaintiff in this case must file proof of service as to each Defendant within seven days of perfecting service on that Defendant. If the Plaintiff untimely files proof of service as to any Defendant, the Court may strike the proof of service and require the Plaintiff to re-serve that Defendant.

2. Each Defendant timely served by the Plaintiff must file a notice of appearance within 21 days of service.

3. The time for each Defendant to answer or respond by motion to the complaint begins to run once all Defendants have *either* been served *or* waived service. If the Plaintiff fails to timely serve any Defendant, the Court will dismiss that Defendant from the case under Federal Rule of Civil Procedure 4. The time for all timely served remaining Defendants to answer or respond will begin to run from the day of the Court's order dismissing the last unserved Defendant.

4. If *any two* Defendants face different times to answer or respond to the complaint (*e.g.*, because one Defendant has been personally served whereas another has waived service) then *all*

Defendants must answer or respond by the last day on which any Defendant's answer or response is due.

5.   Each Defendant may *separately answer* the complaint.

6.   All Defendants must *jointly* file any *motions* responding to the complaint (*e.g.*, motions to dismiss or for more definite statement) and any *responses in opposition* to motions filed by the Plaintiff. All jointly filed motions or responses must observe the page limits in our Local Rules unless the Court orders otherwise. Additionally, all jointly filed motions and responses must contain all bases for the relief sought (*e.g.*, dismissal, stay, abstention, etc.). Any basis for the relief sought in a jointly filed motion or response not raised in that motion or response is waived.

7.   If there are conflicts of position between any Defendants, each Defendant asserting a conflict of position must move for leave to file separate motions or responses. The motion must describe the asserted conflict. If more than one Defendant asserts the same conflict, each of those Defendants must *jointly* move for leave to file separate motions or responses.

8.   The Court will sanction noncompliance with this order, including by striking noncompliant filings.

**DONE AND ORDERED** in the Southern District of Florida on September 8, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2